**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 11-60279-CIV-WILLIAMS/SELTZER

NOLAN R. CAMPBELL,

     Plaintiff,

v.

DIGGITY DOGS, INC., d/b/a
Hot Diggity Dogs & More,
a Florida corporation,

     Defendant.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

     Defendant Diggity Dogs, Inc., d/b/a Hot Diggity Dogs & More,

Inc. ("Defendant"), by and through its undersigned counsel and

pursuant to all applicable statutes and rules of procedure, as well

as this Court's order dated February 28, 2012, hereby notifies the

Court that this matter has been settled between the parties.  A

fully-executed agreement and stipulation for dismissal will be

forthcoming.

                           Respectfully requested,

                           **STUART B. YANOFSKY, P.A.**
                           Attorneys for Defendant
                           130 South University Drive
                           Suite A
                           Plantation, Florida 33324
                           Telephone (954) 473-0117
                           Facsimile (954) 473-0520

               By:   */s/*_____
                    Stuart B. Yanofsky
                    Florida Bar No. 841358

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the CM/ECF system and United States Mail this 2nd day of March, 2012, to: Tal Shemtov, Esquire, The Shemtov Law Firm, P.A., Attorneys for Plaintiff Nolan R. Campbell, 9715 West Broward Boulevard, Suite 256, Plantation, Florida 33324.

/s/
Stuart B. Yanofsky