UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-60279-Civ-WILLIAMS

NOLAN CAMPBELL,

    Plaintiff,

vs.

DIGGITY DOGS, INC.
d/b/a HOT DIGGITY DOGS
& MORE,

    Defendant.
_____/

### ORDER CLOSING CASE UPON STIPULATION OF DISMISSAL

This MATTER is before the Court on the Parties' Stipulation of Voluntary Dismissal with Prejudice [D.E. 45]. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees, except as otherwise agreed. All pending motions are denied as moot and all hearings are canceled. The Court retains jurisdiction to enforce the settlement agreement. The Clerk is directed to **CLOSE** this case.

DONE AND ORDERED in Chambers, at Miami, Florida, this 20 day of March, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record